IN THE SUPREME COURT OF THE STATE OF NEVADA

HEATHER MATTHEWS,
                          Appellant,
                  vs.
CALIFORNIA STATE UNIVERSITY,
                          Respondent.

No. 79898

FILED

JAN 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a complaint. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears that appellant filed a timely tolling motion on August 2, 2019. *See* NRAP 4(a)(4); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a post-judgment motion for reconsideration carries tolling effect). Appellant prematurely filed the notice of appeal after the filing of the tolling motion and before that motion was formally resolved. *See* NRAP 4(a)(6). To date, it appears the motion remains pending in the district court. Accordingly, this court lacks jurisdiction, *see id.* ("A premature notice of

SUPREME COURT
OF
NEVADA

(O) 1947A

20-00654

appeal does not divest the district court of jurisdiction."), and ORDERS this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.                    _____ , J.
Parraguirre                                                    Cadish

cc:     Hon. James E. Wilson, District Judge
        Heather Matthews
        Robison, Sharp, Sullivan & Brust
        Carson City Clerk

---

[1]Appellant may file a new notice of appeal once the district court enters a written order resolving the August 2, 2019, motion.

The requests for relief made in appellant's pro se filings are denied.